IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-000614-MSK-BNB

EDMUND IACONO,

    Plaintiff,

v.

CREEKPATH SYSTEMS, INC.,
DENNIS GRANT,
VICTOR WALKER,
JASON HOWE, and
SHERRY BECK,

    Defendants.
_____

**ORDER STRIKING CORRESPONDENCE**
_____

**THIS MATTER** comes before the Court *sua sponte*. On December 29, 2005, counsel for the Plaintiff sent correspondence addressed to the undersigned, with carbon copies noted to opposing counsel, the Plaintiff, and Magistrate Judge Boland. The letter does not indicate that copies were sent to the Clerk's Office, much less filed electronically as required by the District's Electronic Case Filing Procedures. A copy of the Plaintiff's counsel's letter was somehow obtained by the Clerk of the Court and docketed in this case.

The undersigned does not accept correspondence from counsel in lieu of properly-filed formal pleadings, much less correspondence addressed directly to chambers. *See e.g.* MSK Civ. Practice Standard II.B; D.C. Colo. L. Civ. R. 10.1(L). The Court deems the Plaintiff's counsel's letter a nullity, and directs that it be **STRICKEN** from the docket in this case. The Clerk of the

1

Court is directed not to docket any further correspondence from counsel without prior authorization from chambers.

Dated this 6th day of January, 2006

**BY THE COURT:**

*/s/ Marcia S. Krieger*

Marcia S. Krieger
United States District Judge