IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-000614-MSK-BNB

EDMUND IACONO,

    Plaintiff,

v.

CREEKPATH SYSTEMS, INC.,
DENNIS GRANT,
VICTOR WALKER,
JASON HOWE, and
SHERRY BECK,

    Defendants.

---

**ORDER REGARDING COMPLIANCE WITH RULES**

---

THIS MATTER comes before the Court on the NOTICE OF MOTION TO WITHDRAW PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)1 AND FOR AN ORDER REINSTATING THE PLAINTIFF'S COMPLAINT IN THE CASE *SUB JUDICE* ON THE COURT'S ACTIVE TRIAL LIST **(#24)** (Motion) filed February 10, 2006 by Plaintiff Edmund Iacono.  A review of the Motion indicates that Plaintiff Edmund Iacono has not complied with applicable provisions of the Federal Rules of Civil Procedure or the United States District Court for the District of Colorado Local Rules of Practice dated April 15, 2002, specifically, D.C.COLO.LCivR 7.1(A),

    **IT IS THEREFORE ORDERED** that the Motion **(#24)** is **DENIED**, without prejudice.

DATED this 16th day of February 2006.

                                        **BY THE COURT:**

                                        Marcia S. Krieger
                                        United States District Judge